```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORDIA ROSNER,

                             Plaintiff,

-against-

FORESTERS FINANCIAL HOLDING CO., INC.,

                             Defendant.

18-CV-4451 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court granted Defendant's motion to compel arbitration on September 10, 2019, and stayed this action pending arbitration, Dkt. 29;

    WHEREAS on March 3, 2020, Defendant informed the Court that Plaintiff did not serve an arbitration demand, Dkt. 31;

    WHEREAS the Court ordered Plaintiff's counsel to confer with his client and confirm whether she intends to pursue her claim, no later than March 20, 2020, Dkt. 32; and

    WHEREAS no response was received from Plaintiff as to any intent to prosecute her case;

    IT IS HEREBY ORDERED THAT this action is DISMISSED. Within 30 days of this Order, Plaintiff may apply to reopen the case, explaining the cause of the delay and the failure to respond to the Court's Order. The Clerk of Court is respectfully directed to terminate all other deadlines and motions and close the case.

Dated:   August 31, 2020
          New York, New York

                                                     VALERIE CAPRONI
                                                  United States District Judge